Mandel Cohen, administrator of the estate of Liebie Cohen, deceased, defendant in error, v. Samuel H. Shaykin, plaintiff in error. Gen. No. 36,993.

Opinion filed October 24, 1934. Rehearing denied November 15, 1934.
John A. Bloomingston, for plaintiff in error. Harry S. Cowen and Charles C. Spencer, for defendant in error.
Mr. Presiding Justice Hebel delivered the opinion of the court.

Frank Joseph Mason, administrator of the Estate of Katherine Mason, deceased, appellee, v. Isaac Goldman, appellant. Gen. No. 37,012.

Opinion filed October 24, 1934.
Rider & Thuma, for appellant; Chester D. Kern, of counsel. Blake, Burns & Campbell, for appellee; Harris J. Blake, Jr., of counsel.
Mr. Presiding Justice Hebel delivered the opinion of the court.

Thomas Hirsch, appellee, v. Guy A. Richardson, as receiver of Chicago Railways Company, et al., appellants. Gen. No. 37,025.

Opinion filed October 24, 1934.
Arthur J. Donovan, for appellants; John R. Guilliams, Frank L. Kriete and John E. Kehoe, of counsel. Hector A. Brouillet, for appellee; Walter H. Shurtleff, of counsel.
Mr. Presiding Justice Hebel delivered the opinion of the court.

James J. Barbour, appellant, v. Lammert and Mann Company, appellee. Gen. No. 37,090.

Opinion filed October 24, 1934. Rehearing denied November 15, 1934.
James J. Barbour, pro se. Rothbart & Lewis, for appellee; Seymour M. Lewis, of counsel.
Mr. Presiding Justice Hebel delivered the opinion of the court.